**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ESTECH SYSTEMS, INC., | § |
| *Plaintiff*, | § |
| v. | §   Case No. 2:20-cv-00123-JRG-RSP |
| TARGET CORPORATION, | §   (LEAD CASE) |
| *Defendant*. | § |

**ORDER**

Target Corporation ("Target") previously filed a Motion to Dismiss and, in the Alternative, Motion for a More Definite Statement ("Motion") (Dkt. No. 35.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 69), recommending denial of Target's Motion. No objections to the Report and Recommendation have been filed. For the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 35) is **DENIED**.

So ORDERED and SIGNED this 12th day of March, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE