# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ESTECH SYSTEMS, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:20-cv-00123-JRG-RSP |
| TARGET CORPORATION, | § | (LEAD CASE) |
| *Defendant*. | § | |
| WELLS FARGO & COMPANY, *et al.* | § | Case No. 2:20-cv-00128-JRG-RSP |
| *Defendants*. | § | (MEMBER CASE) |

## ORDER

Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. previously filed a Motion to Dismiss and, in the Alternative, Motion for a More Definite Statement (Dkt. No. 22) ("Motion"). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 75), recommending denial of the Motion. No objections to the Report and Recommendation have been filed. For the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 22) is **DENIED**.

**So ORDERED and SIGNED this 12th day of March, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE