# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ESTECH SYSTEMS, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:20-cv-00123-JRG-RSP (LEAD CASE) |
| TARGET CORPORATION, | § § § | |
| *Defendant*. | § | |
| WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., | § § § | Case No. 2:20-cv-00128-JRG-RSP (MEMBER CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Agreed Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff Estech Systems, Inc. ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants"). (Dkt. No. 324.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all pending claims and causes of action by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**. All pending claims and causes of action by Defendants against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Case No. 2:20-cv-00128-JRG-RSP.

**So ORDERED and SIGNED this 16th day of November, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE